958

No. 76–6588. Edmonds v. Lewis, Institution Superintendent, et al. C. A. 4th Cir. Certiorari denied.

No. 76–6594. Harrison v. Benton, Corrections Director, et al. C. A. 10th Cir. Certiorari denied.

No. 76–6595. Hardee v. New York. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 76–6596. Adams v. Minnesota. Dist. Ct. Minn., 1st Jud. Dist. Certiorari denied.

No. 76–6600. Edney v. Smith, Correctional Superintendent. C. A. 2d Cir. Certiorari denied.

No. 76–6602. Rodriguez v. Henderson, Correctional Superintendent. C. A. 2d Cir. Certiorari denied.

No. 76–6605. Massey v. United States District Court for the Western District of Arkansas. C. A. 8th Cir. Certiorari denied.

No. 76–6609. Cross v. Church, County Clerk-Recorder, San Mateo County, et al. C. A. 9th Cir. Certiorari denied.

No. 76–6613. McDonald v. Davidson County Election Commission et al. Certiorari before judgment to C. A. 6th Cir. denied.

No. 76–6647. Alley v. Dodge Hotel et al. C. A. D. C. Cir. Certiorari denied.

No. 76–6677. Bell v. Putman, Warden. C. A. 8th Cir. Certiorari denied.

No. 76–6700. Talmage v. United States. C. A. 9th Cir. Certiorari denied.